# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2395
_____

JOSEPH RYALS,

   Appellant,

   v.

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS and
FLORIDA LEAGUE OF CITIES,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Nolan S. Winn, Judge.

Date of Accident:  April 30, 2014.

March 27, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian P. Carter of Michles & Booth, P.A., Pensacola, for Appellant.

Patrick W. Luna of McConnaughhay, Coonrad, Pope, Weaver, Stern, P.A., Pensacola, and Tracey J. Hyde, Panama City, for Appellees.